NOT FOR PUBLICATION (Doc. No. 19)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| ERNIE GIORDANO, | : |
| Plaintiff, | : Civil No. 14-0904 (RBK/JS) |
| v. | : **ORDER** |
| PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY, | : |
| Defendant. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon the unopposed Motion of Plaintiff for Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(2); and the Court having considered the moving papers; and for the reasons discussed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.


Dated:   6/23/2015                                                  s/ Robert B. Kugler
                                                                                ROBERT B. KUGLER
                                                                                United States District Judge